IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2007 APR 25 AM 8: 59

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Criminal Case No. 07-CR-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DAMON BROOKS,
2.    HAVEN BREWER,
        a/k/a/ "No Love,"
3.    VERNON EDWARDS,
        a/k/a "Lil Thirty Ounce,"
4.    BRIAN HICKS,
        a/k/a "Solo,"
        a/k/a "S,"
5.    BENJAMIN CORNELL THOMAS,
        a/k/a "E-Low,"
        a/k/a "Little E-Low,"
        a/k/a "Trey-Trey,"
6.    GERARDO TORIBIO,
        a/k/a "Chato,"
        a/k/a "Guero,"
7.    DAMIAN TURNER,
        a/k/a "Two Two,"
8.    PATRICIA TURNER, and
9.    MALCOLM WATSON,
        a/k/a "PM,"

    Defendants.

## MOTION TO SEAL

The United States, by and through the undersigned Assistant United States Attorney, files this Motion to Seal and states as follows:

1. The government asks that the Indictment, the Government's Motion to Seal, the Order to Seal, and any order resulting from the defendant's Indictment all be sealed; upon the first defendant's initial appearance the Indictment shall be unsealed.

WHEREFORE, the United States asks this Honorable Court to issue an order sealing, until further order of the Court, the Indictment, this Motion to Seal, and any order issued by this Court with regard to defendant's Indictment.

                    Respectfully submitted,

                    TROY A. EID
                    United States Attorney

                    By: KATHLEEN M. TAFOYA
                    Assistant U.S. Attorney
                    1225 17th Street, Suite 700
                    Denver, Colorado 80202
                    (303) 454-0100