IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-000184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BENJAMIN THOMAS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 6, 2008.**

    Pending before the Court is Defendant's Motion to Permit Stand-in Counsel for June 13, 2008 Arraignment [filed June 5, 2008; doc #480]. The Court will **grant** the motion with the parties' understanding that "stand-in" counsel, Thomas Hammond, will appear in this Court having established an attorney-client relationship with Defendant, and will represent his client in accordance with all applicable rules and law.