UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. BENJAMIN CORNELL THOMAS, a/k/a "E-Low," a/k/a "Little E-Low," a/k/a "Trey-Trey,"

    Defendants.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Motion for Hearing on Defendant Hicks Motion for Case Specific Discovery [doc. #333] and Defendant Thomas's Motion Requesting Relief From Prejudicial Joinder [doc. #508] is **GRANTED**.  A hearing on these motions is **SET** on **Wednesday, August 20, 2008 at 9:00 a.m.**

    Dated: July 16, 2008