IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-000184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. BENJAMIN THOMAS, a/k/a "E-Low," a/k/a "Little E-Low," a/k/a "Trey-Trey,"

    Defendant.

---

### ORDER DISMISSING INDICTMENT AND SUPERSEDING INDICTMENT AS TO DEFENDANT BENJAMIN THOMAS ONLY

---

THIS MATTER comes before the Court on the United States' Motion to Dismiss the original Indictment and Superseding Indictment as to Defendant Benjamin Thomas. The Court having reviewed the Motion and being fully advised in the premises, it is hereby

ORDERED that the Government's Motion to Dismiss [doc. #728], filed January 20, 2009, is GRANTED. Pursuant to the plea agreement, all counts of the original Indictment and all counts of the Superceding Indictment are DISMISSED as to Defendant Benjamin Thomas only.

Dated this 21st day of January, 2009, in Denver, Colorado.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE